```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 17838
    BOBBY JEAN MILLER
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-3825

-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      The case was filed on 07/11/2008 and was confirmed 11/05/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

      The case was dismissed after confirmation 02/18/2009.
-----------------------------------------------------------------------------
CREDITOR NAME                  CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                   PAID           PAID
-----------------------------------------------------------------------------
AMERICA SERVICING COMPAN  MORTGAGE NOTI         .00               .00             .00
ASC                       NOTICE ONLY    NOT FILED                .00             .00
DEUTSCHE BANK NATIONAL T  CURRENT MORTG         .00               .00             .00
DEUTSCHE BANK NATIONAL T  MORTGAGE ARRE         .00               .00             .00
GEMB/CARE CREDIT CORE     UNSECURED      NOT FILED                .00             .00
ECMC                      UNSECURED             .00               .00             .00
SALLIE MAE SERVICING      UNSECURED             .00               .00             .00
SALLIE MAE SERVICING      UNSECURED             .00               .00             .00
SALLIE MAE SERVICING      UNSECURED             .00               .00             .00
GREGORY WYATT             NOTICE ONLY    NOT FILED                .00             .00
JOHN MCDALL               NOTICE ONLY    NOT FILED                .00             .00
PHILIP A IGOE             DEBTOR ATTY       3,074.00                          1,856.00
TOM VAUGHN                TRUSTEE                                               144.00
DEBTOR REFUND             REFUND                                                  .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                2,000.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                  1,856.00
TRUSTEE COMPENSATION                              144.00
DEBTOR REFUND                                        .00
                      --------------           --------------
TOTALS                 2,000.00                 2,000.00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 17838 BOBBY JEAN MILLER

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE